UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Desmond Farmer**      Docket No. 5:13-CR-144-1D

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Desmond Farmer, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 100 Grams or More of a Mixture or Substance Containing a Detectable Amount of Phencyclidine (PCP), in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(B), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 22, 2014, to the custody of the Bureau of Prisons for a term of 168 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

Desmond Farmer was released from custody on November 3, 2024, at which time the term of supervised release commenced.

On May 13, 2025, a Violation Report was submitted to the court reporting drug use. It was recommended that no court action be taken to allow the defendant to continue participating in substance abuse treatment. The court agreed and supervision was continued.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 18, 2025, the defendant was directed to submit a urinalysis for testing. In an attempt to deceive the probation office, he utilized another individual's urine to provide a fictious sample. When confronted, he submitted a urine sample which tested positive for marijuana. In discussion with the defendant, he reported he uses marijuana due to issues with sleeping. The defendant was admonished for his attempt to use a fictious sample to betray the trust of the court and probation office. Based on the defendant's egregious lack of judgement, it is recommended that he be referred to mental health treatment and he be ordered to participate in the Location Monitoring Program for a period of 60 days, specifically a electronically monitored curfew with GPS technology.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the monitoring cost.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Desmond Farmer
Docket No. 5:13-CR-144-1D
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Mark Culp<br>Mark Culp<br>Supervising U.S. Probation Officer | /s/ Cierra M. Wallace<br>Cierra M. Wallace<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 910-679-2034<br>Executed On: July 21, 2025 |

## ORDER OF THE COURT

Considered and ordered this __22__ day of __July__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge